1  John H. Weston (SBN: 46146)
   johnhweston@wgdlaw.com
2  G. Randall Garrou (SBN: 74442)
   randygarrou@wgdlaw.com
3  Jerome H. Mooney (SBN: 199542)
   jerrym@mooneylaw.com
4  Weston, Garrou & Mooney
   12121 Wilshire Boulevard, Suite 525
5  Los Angeles, CA 90025-1176
   Telephone: (310) 442-0072
6  Facsimile: (310) 442-0899

7  Attorneys for Plaintiff IBIZ, LLC

8  MICHAEL S. LAWSON (SBN: 048172)
   City Attorney
9  Michael.lawson@hayward-ca.gov
   MICHAEL G. VIGILIA (SBN: 228353)
10 Michael.vigilia@hayward-ca.gov
   Assistant City Attorney
11 CITY OF HAYWARD
   777 B Street, 4th Fl.
12 Hayward, CA 94541-5007
   Tel: (510) 583-4450
13 Fax: (510) 583-3660

14 Attorneys for Defendant

15

16              UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18 IBIZ, LLC, a California Limited Liability  )  Case No: CV 13 1537 SC
   Company,                                   )
19                                            )  **STIPULATION AND [PROPOSED]
                                              )  ORDER TO EXTEND TIME TO FILE
20           Plaintiff,                       )  REPLY BRIEF**
                                              )
21     vs.                                    )  **Hrg. Date:** June 21, 2013
                                              )  **Hrg. Time:** 10:00 a.m.
22 CITY OF HAYWARD, a California              )  **Location:** Crtrm. 1, 17th Floor
   municipal corporation,                     )  **Judge:** Samuel Conti
23                                            )
           Defendant                          )
24                                            )
                                              )
25                                            )
   _____ )
26
   COME NOW PLAINTIFF IBIZ AND DEFENDANT CITY AND STIPULATE AS FOLLOWS:
27

28

---

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO
FILE REPLY BRIEF**

PRG7984.DOC

On May 7, 2013, Plaintiff IBIZ, LLC ("IBiz") filed its motion for preliminary injunction. On May 21, 2013, the City filed its papers in Opposition to the Motion. Under Local Rule 7-3(c), IBiz' reply papers are due today, May 28, 2013.

Lead drafting counsel for Plaintiff was out of the office last week caring for his wife who had significant shoulder surgery last Monday. Additionally, Plaintiff's counsel are presently involved in one other federal court matter requiring the urgent filing of TRO papers as well as a number of other nearly equally urgent matters. For these reasons, Plaintiff's counsel asked Counsel for the City if he would agree to a 10 day extension of Plaintiff's Reply Papers, subject to the approval of the Court. Counsel for the City graciously granted this request.

The requested extended filing date would be Friday, June 7th. The hearing on Plaintiff's motion is scheduled for June 21st.

**STIPULATION**

The parties, by and through their counsel of record, HEREBY STIPULATE, subject to the approval of the Court, to extend the time IBIZ has to file its reply papers in support of its motion for preliminary injunction, presently due on May 28, 2013, to June 7, 2013.

DATED: May 28, 2013

John H. Weston
G. Randall Garrou
Jerome Mooney
WESTON, GARROU & MOONEY

By: _/s/ G. Randall Garrou_
G. Randall Garrou
Attorneys for Plaintiff IBIZ LLC

DATED: May 28, 2013

MICHAEL S. LAWSON, CITY ATTORNEY

By: _/s/ Michael G. Vigilia_
MICHAEL G. VIGILIA
Assistant City Attorney, City of Hayward
Attorney for Defendant, City of Hayward

**ORDER**

Based on the stipulation of the parties, and good cause appearing therefore, the Court hereby extends the deadline for IBiz to file its reply papers in support of its Motion for Preliminary Injunction, until June 7, 2013

**IT IS SO ORDERED.**

DATED: _____05/29/2013_____

*Judge Samuel Conti*