| | |
|---|---|
| 1 | John H. Weston (SBN: 46146) |
|   | johnhweston@wgdlaw.com |
| 2 | G. Randall Garrou (SBN: 74442) |
|   | randygarrou@wgdlaw.com |
| 3 | Jerome H. Mooney (SBN: 199542) |
|   | jerrym@mooneylaw.com |
| 4 | Weston, Garrou & Mooney |
|   | 12121 Wilshire Boulevard, Suite 525 |
| 5 | Los Angeles, CA 90025-1176 |
|   | Telephone: (310) 442-0072 |
| 6 | Facsimile: (310) 442-0899 |
| 7 | Attorneys for Plaintiff IBIZ, LLC |
| 8 | MICHAEL S. LAWSON (SBN: 048172) |
|   | City Attorney |
| 9 | Michael.lawson@hayward-ca.gov |
|   | MICHAEL G. VIGILIA (SBN: 228353) |
| 10 | Michael.vigilia@hayward-ca.gov |
|   | Assistant City Attorney |
| 11 | CITY OF HAYWARD |
|   | 777 B Street, 4th Fl. |
| 12 | Hayward, CA 94541-5007 |
|   | Tel: (510) 583-4450 |
| 13 | Fax: (510) 583-3660 |
| 14 | Attorneys for Defendant |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBIZ, LLC, a California Limited Liability Company, | Case No: CV 13 1537 SC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE REPLY BRIEF** |
| vs. | **Hrg. Date:** June 21, 2013 |
| CITY OF HAYWARD, a California municipal corporation, | **Hrg. Time:** 10:00 a.m. |
|  | **Location:** Crtrm. 1, 17th Floor |
|  | **Judge:** Samuel Conti |
| Defendant |  |

COME NOW PLAINTIFF IBIZ AND DEFENDANT CITY AND STIPULATE AS FOLLOWS:

---

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE REPLY BRIEF**

PRG7984.DOC

1. On May 7, 2013, Plaintiff IBIZ, LLC ("IBiz") filed its motion for preliminary injunction. On May 21, 2013, the City filed its papers in Opposition to the Motion. Under Local Rule 7-3(c), IBiz' reply papers are due today, May 28, 2013.

2. Lead drafting counsel for Plaintiff was out of the office last week caring for his wife who had significant shoulder surgery last Monday. Additionally, Plaintiff's counsel are presently involved in one other federal court matter requiring the urgent filing of TRO papers as well as a number of other nearly equally urgent matters. For these reasons, Plaintiff's counsel asked Counsel for the City if he would agree to a 10 day extension of Plaintiff's Reply Papers, subject to the approval of the Court. Counsel for the City graciously granted this request.

3. The requested extended filing date would be Friday, June 7th. The hearing on Plaintiff's motion is scheduled for June 21st.

**STIPULATION**

The parties, by and through their counsel of record, HEREBY STIPULATE, subject to the approval of the Court, to extend the time IBIZ has to file its reply papers in support of its motion for preliminary injunction, presently due on May 28, 2013, to June 7, 2013.

DATED: May 28, 2013

John H. Weston
G. Randall Garrou
Jerome Mooney
WESTON, GARROU & MOONEY

By:   /s/  G. Randall Garrou
G. Randall Garrou
Attorneys for Plaintiff IBIZ LLC

DATED: May 28, 2013

MICHAEL S. LAWSON, CITY ATTORNEY

By:   /s/ Michael G. Vigilia
MICHAEL G. VIGILIA
Assistant City Attorney, City of Hayward
Attorney for Defendant, City of Hayward

2

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE REPLY BRIEF**

PRG7984.DOC

1  **ORDER**

2      Based on the stipulation of the parties, and good cause appearing therefore, the Court

3  hereby extends the deadline for IBiz to file its reply papers in support of its Motion for Preliminary

4  Injunction, until June 7, 2013

5  **IT IS SO ORDERED.**

6

7

8  DATED: _____05/29/2013_____

                                     UNITED STATES DISTRICT JUDGE
                                     HON. Judge Samuel Conti

3

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO
FILE REPLY BRIEF**

PRG7984.DOC