1   John H. Weston (SBN: 46146)
    johnhweston@wgdlaw.com
2   G. Randall Garrou (SBN: 74442)
    randygarrou@wgdlaw.com
3   Jerome H. Mooney (SBN: 199542)
    jerrym@mooneylaw.com
4   Weston, Garrou & Mooney
    12121 Wilshire Boulevard, Suite 525
5   Los Angeles, CA 90025-1176
    Telephone: (310) 442-0072
6   Facsimile: (310) 442-0899

7   Attorneys for Plaintiff IBIZ, LLC

8   MICHAEL S. LAWSON (SBN: 048172)
    City Attorney
9   Michael.lawson@hayward-ca.gov
    MICHAEL G. VIGILIA (SBN: 228353)
10  Michael.vigilia@hayward-ca.gov
    Assistant City Attorney
11  CITY OF HAYWARD
    777 B Street, 4th Fl.
12  Hayward, CA 94541-5007
    Tel: (510) 583-4450
13  Fax: (510) 583-3660

14  Attorneys for Defendant

15

16              **UNITED STATES DISTRICT COURT**

17           **NORTHERN DISTRICT OF CALIFORNIA**

18  IBIZ, LLC, a California Limited Liability      )   Case No:  CV 13 1537 SC
    Company,                                       )
19                                                 )   **STIPULATION AND [PROPOSED]**
                                                   )   **ORDER TO EXTEND TIME TO FILE**
20              Plaintiff,                         )   **REPLY BRIEF**
                                                   )
21         vs.                                     )   **Hrg. Date:**  June  21, 2013
                                                   )   **Hrg. Time:** 10:00 a.m.
22  CITY OF HAYWARD, a California                  )   **Location:** Crtrm. 1, 17th Floor
    municipal corporation,                         )   **Judge:**  Samuel Conti
23                                                 )
                Defendant                          )
24                                                 )
                                                   )
25                                                 )
    _____)
26
    COME NOW PLAINTIFF IBIZ AND DEFENDANT CITY AND STIPULATE AS FOLLOWS:
27

28

         **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO**
                        **FILE REPLY BRIEF**

PRG7993.doc

1       On May 7, 2013, Plaintiff IBIZ, LLC ("IBiz") filed its motion for preliminary injunction.

2   On May 21, 2013, the City filed its papers in Opposition to the Motion.   Pursuant to a prior

3   stipulated extension request and order, IBiz' reply papers are due tomorrow, June 7, 2013.

4       Due to a combination of emergency litigation that has occupied lead drafting counsel for

5   Plaintiff along with additional obligations he has with respect to the care of his wife, following her

6   recent major shoulder surgery, counsel requests one final extension of time to complete the filing of

7   Plaintiff's Reply papers in connection with the pending preliminary injunction motion. For these

8   reasons, Plaintiff's counsel asked Counsel for the City if he would agree to one final 5 day

9   extension of the due date for Plaintiff's Reply papers, subject to the approval of the Court.  Counsel

10  for the City graciously granted this request.

11      The requested extended filing date would be Wednesday, June 12th.   The hearing on

12  Plaintiff's motion is scheduled for June 21st.

13  **STIPULATION**

14      The parties, by and through their counsel of record, HEREBY STIPULATE, subject to the

15  approval of the Court, to extend the time IBIZ has to file its reply papers in support of its motion

16  for preliminary injunction, presently due on June 7, 2013, to June 12, 2013.

17

18

19

20  DATED:  June 6, 2013        John H. Weston

21                         G. Randall Garrou

22                         Jerome Mooney

                       WESTON, GARROU & MOONEY

23

24              By:   */s/  G. Randall Garrou*

25                    G. Randall Garrou

                  Attorneys for Plaintiff IBIZ LLC

26

27

28

2

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO**
**FILE REPLY BRIEF**

1   DATED:   June 6, 2013                    MICHAEL S. LAWSON, CITY ATTORNEY

2

3                                      By:    /s/ Michael G. Vigilia
                                            MICHAEL G. VIGILIA
4                                           Assistant City Attorney, City of Hayward
                                            Attorney for Defendant, City of Hayward
5

6

7                              **ORDER**

8        Based on the stipulation of the parties, and good cause appearing therefore, the Court

9   hereby extends the deadline for IBiz to file its reply papers in support of its Motion for Preliminary

10  Injunction, until June 12, 2013

11  **IT IS SO ORDERED.**

12

13

14  DATED: _____    06/06/2013

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO
FILE REPLY BRIEF**

PRG7993.doc