| | |
|---|---|
| 1 | John H. Weston (SBN: 46146) |
|   | johnhweston@wgdlaw.com |
| 2 | G. Randall Garrou (SBN: 74442) |
|   | randygarrou@wgdlaw.com |
| 3 | Jerome H. Mooney (SBN: 199542) |
|   | jerrym@mooneylaw.com |
| 4 | Weston, Garrou & Mooney |
|   | 12121 Wilshire Boulevard, Suite 525 |
| 5 | Los Angeles, CA 90025-1176 |
|   | Telephone: (310) 442-0072 |
| 6 | Facsimile: (310) 442-0899 |
| 7 | Attorneys for Plaintiff IBIZ, LLC |
| 8 | MICHAEL S. LAWSON (SBN: 048172) |
|   | City Attorney |
| 9 | Michael.lawson@hayward-ca.gov |
|   | MICHAEL G. VIGILIA (SBN: 228353) |
| 10 | Michael.vigilia@hayward-ca.gov |
|    | Assistant City Attorney |
| 11 | CITY OF HAYWARD |
|    | 777 B Street, 4th Fl. |
| 12 | Hayward, CA 94541-5007 |
|    | Tel: (510) 583-4450 |
| 13 | Fax: (510) 583-3660 |
| 14 | Attorneys for Defendant |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBIZ, LLC, a California Limited Liability Company, | Case No: CV 13 1537 SC |
|   | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE REPLY BRIEF** |
| Plaintiff, | |
| vs. | **Hrg. Date:** June 21, 2013 |
| CITY OF HAYWARD, a California municipal corporation, | **Hrg. Time:** 10:00 a.m. |
|   | **Location:** Crtrm. 1, 17th Floor |
|   | **Judge:** Samuel Conti |
| Defendant | |

COME NOW PLAINTIFF IBIZ AND DEFENDANT CITY AND STIPULATE AS FOLLOWS:

---

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO
FILE REPLY BRIEF**

PRG7993.doc

1  On May 7, 2013, Plaintiff IBIZ, LLC ("IBiz") filed its motion for preliminary injunction. On May 21, 2013, the City filed its papers in Opposition to the Motion. Pursuant to a prior stipulated extension request and order, IBiz' reply papers are due tomorrow, June 7, 2013.

Due to a combination of emergency litigation that has occupied lead drafting counsel for Plaintiff along with additional obligations he has with respect to the care of his wife, following her recent major shoulder surgery, counsel requests one final extension of time to complete the filing of Plaintiff's Reply papers in connection with the pending preliminary injunction motion. For these reasons, Plaintiff's counsel asked Counsel for the City if he would agree to one final 5 day extension of the due date for Plaintiff's Reply papers, subject to the approval of the Court. Counsel for the City graciously granted this request.

The requested extended filing date would be Wednesday, June 12th. The hearing on Plaintiff's motion is scheduled for June 21st.

## STIPULATION

The parties, by and through their counsel of record, HEREBY STIPULATE, subject to the approval of the Court, to extend the time IBIZ has to file its reply papers in support of its motion for preliminary injunction, presently due on June 7, 2013, to June 12, 2013.

DATED: June 6, 2013

John H. Weston
G. Randall Garrou
Jerome Mooney
WESTON, GARROU & MOONEY

By:  */s/ G. Randall Garrou*
G. Randall Garrou
Attorneys for Plaintiff IBIZ LLC

1 | DATED: June 6, 2013                                          MICHAEL S. LAWSON, CITY ATTORNEY

2

3                                                         By:     /s/ Michael G. Vigilia
                                                                MICHAEL G. VIGILIA
4                                                                Assistant City Attorney, City of Hayward
                                                                 Attorney for Defendant, City of Hayward
5

6

7                                                **ORDER**

8   Based on the stipulation of the parties, and good cause appearing therefore, the Court

9 hereby extends the deadline for IBiz to file its reply papers in support of its Motion for Preliminary

10 Injunction, until June 12, 2013

11  **IT IS SO ORDERED.**

12

13

14  DATED: _06/06/2013_____

15                                                                  _____
                                                                    HON. SAMUEL CONTI, U.S. DISTRICT JUDGE
16                                                                  Judge Samuel Conti

17

18

---

3

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO
FILE REPLY BRIEF**

PRG7993.doc