1  John H. Weston (SBN: 46146)
   johnhweston@wgdlaw.com
2  G. Randall Garrou (SBN: 74442)
   randygarrou@wgdlaw.com
3  Jerome H. Mooney (SBN: 199542)
   jerrym@mooneylaw.com
4  Weston, Garrou & Mooney
   12121 Wilshire Boulevard, Suite 525
5  Los Angeles, CA 90025-1176
   Telephone: (310) 442-0072
6  Facsimile: (310) 442-0899

7  Attorneys for Plaintiff IBIZ, LLC

8  MICHAEL S. LAWSON (SBN: 048172)
   City Attorney
9  Michael.lawson@hayward-ca.gov
   MICHAEL G. VIGILIA (SBN: 228353)
10 Michael.vigilia@hayward-ca.gov
   Assistant City Attorney
11 CITY OF HAYWARD
   777 B Street, 4th Fl.
12 Hayward, CA 94541-5007
   Tel: (510) 583-4450
13 Fax: (510) 583-3660

14 Attorneys for Defendant

15

16                     **UNITED STATES DISTRICT COURT**

17                    **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 18  IBIZ, LLC, a California Limited Liability | ) Case No: CV 13 1537 SC |
| 19  Company, | ) |
| | ) **STIPULATION AND [~~PROPOSED~~]** |
| 20            Plaintiff, | ) **ORDER TO CONTINUE DATE OF CMC** |
| | ) |
| 21       vs. | ) Current Hrg.: |
| | ) **Hrg. Date:** August 9, 2013 |
| 22  CITY OF HAYWARD, a California | ) **Hrg. Time:** 10:00 a.m. |
|     municipal corporation, | ) Location: Crtrm. 1, 17th Floor |
| 23 | ) |
| | ) **Judge:** Samuel Conti |
| 24            Defendant | ) |
| | ) Proposed New Hrg.: |
| 25 | ) **Hrg. Date:** Nov. 22, 2013 |
| | ) **Hrg. Time:** 10:00 a.m. |
| | ) Location: Crtrm. 1, 17th Floor |

26  COME NOW PLAINTIFF IBIZ AND DEFENDANT CITY AND STIPULATE AS FOLLOWS:

27

28

---

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC**

PRG8027.DOC

1    Per this Court's Minute Order (Doc. 43) issued on July 18, 2013, the Case Management
2 Conference in this case is currently set for August 9, 2013 and the Case Management Conference
3 Statement is due on August 2, 2013.

4    The parties mutually request that the Court continue the Case Management Conference to
5 November 22, 2013, and that the filing date for the Case Management Conference Statement be
6 continued to November 15, 2013.  This request is made for the following reasons:

7   (1) The significant orders recently issued by the Court in both this case and the related case
8        of Net Connection, Hayward, LLC v. City of Hayward, N.D.Cal. No. 12-cv-1212 SC,
9        are being evaluated by the Hayward City Council.  However the Hayward City Council
10       is in its annual recess period and will not reconvene until September 17th.  Until it does
11       so, neither the City nor Plaintiff will be able to assess the future of this case.
12       Accordingly, they would mutually prefer to postpone the Case Management Conference
13       until they have a reasonable understanding of the City's considered response to the
14       Court's Orders.  Moreover, it is not clear whether the City Council will address this
15       issue immediately at that first session or will be prepared to resolve its position on this
16       issue at that time.  Thereafter, Plaintiff would need time to assess any position taken by
17       the City before determining how it wants to proceed in this litigation.
18  (2) Depending upon the outcome of its talks with the City, Plaintiff is not presently sure
19       whether it will be necessary to amend its pleadings before proceeding with its
20       prosecution of this case.

21    For each of these reasons, the parties believe that a continuance of the Case
22 Management Conference until November 22, 2013, would be in the best interests of both sides and
23 would be the most efficient and economical way to proceed.  The parties have checked with this
24 Court's clerk and confirmed that November 22, 2013, would be an available date for the continued
25 hearing.

### STIPULATION

27    Subject to the approval of the Court, the parties, by and through their counsel of record,
28 HEREBY STIPULATE, that the Case Management Conference herein be continued to November

1  22, 2013, at 10:00 a.m. or what ever other time is convenient for the Court, and that the filing date

2  for the Joint Case Management Conference Statement be continued to November 15, 2013.

4  DATED:  August 2, 2013                        John H. Weston
                                                 G. Randall Garrou
5                                                Jerome Mooney
                                                 WESTON, GARROU & MOONEY

                                          By:   _/s/  G. Randall Garrou_____
8                                                G. Randall Garrou
                                                  Attorneys for Plaintiff IBIZ LLC

10 DATED:  August 2, 2013                        MICHAEL S. LAWSON, CITY ATTORNEY

12                                        By:   _/s/ Michael G. Vigilia_____
                                                 MICHAEL G. VIGILIA
13                                                Assistant City Attorney, City of Hayward
                                                  Attorney for Defendant, City of Hayward

15                                             **ORDER**

16     Based on the stipulation of the parties, and good cause appearing therefore, the Case

17 Management Conference herein is hereby continued to November 22, 2013, at 10:00 a.m. and the

18 filing date for the Joint Case Management Conference Statement is continued to November 15,

19 2013.

21 **IT IS SO ORDERED.**

23 DATED: ____08/05/2013_____       _____
24                                          UNITED STATES DISTRICT JUDGE
                                            HON. SAMUEL CONTI