John H. Weston (SBN: 46146)
johnhweston@wgdlaw.com
G. Randall Garrou (SBN: 74442)
randygarrou@wgdlaw.com
Jerome H. Mooney (SBN: 199542)
jerrym@mooneylaw.com
Weston, Garrou & Mooney
12121 Wilshire Boulevard, Suite 525
Los Angeles, CA 90025-1176
Telephone: (310) 442-0072
Facsimile: (310) 442-0899

Attorneys for Plaintiff
IBiz, LLC


MICHAEL S. LAWSON (SBN 048172)
City Attorney
MICHAEL G. VIGILIA (SBN 228353)
Assistant City Attorney
CITY OF HAYWARD
777 B Street, 4th Floor
Hayward, CA 94541-5007
Tel: (510) 583-4450
Fax: (510) 583-3660
Michael.lawson@hayward-ca.gov
Michael.vigilia@hayward-ca.gov

Attorneys for Defendant City of Hayward

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBIZ, LLC, a California Limited Liability Company,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF HAYWARD, a California municipal corporation,<br><br>    Defendant | Case No. CV 13 1537 SC<br><br>**STIPULATION AND ORDER TO CONTINUE CMC AND TO ESTABLISH FEES FILING DEADLINE**<br><br>**Date of CMC: Feb. 7, 2014**<br>**Time: 10:00 a.m.**<br>**Place: Courtroom 1** |

Pursuant to Local Rule 16-10(c), Plaintiff IBIZ, LLC ("Plaintiff" or "IBIZ") and Defendant the City of Hayward ("Defendant" or the "City") hereby submit this Stipulation and

1  [Proposed] Order to continue the Case Management Conference presently set in this Court for
2  February 7, 2014 at 10 a.m. to April 11, 2014, at 10 a.m., and to establish a deadline of 30 days
3  following the conclusion of any ADR proceeding(s) in this case for the filing of any attorneys
4  fees motions.

5  As set forth in paragraph 16 of the Joint Case Management Statement (Doc. 55) filed on
6  January 31, 2014, "Whether an attorneys fees motion need be filed will not be determined until
7  after the conclusion of the ADR [proceedings]. Consequently, the parties propose that the filing
8  of any attorneys fees motion be scheduled to occur no later than 30 days after the conclusion of
9  any ADR [proceedings]."

10 Since the merits of this case are now moot, and since the parties are in agreement as to
11 how to proceed regarding attorneys fees, there would no longer seem to be a purpose for holding
12 the presently scheduled Case Management Conference, at least prior to the time (following any
13 ADR proceedings) that the parties conclude that it may become necessary to file attorneys fees
14 motions in order to resolve the outstanding attorneys fees issues. For this reason, the parties
15 mutually agree that holding the currently scheduled Case Management Conference at this stage
16 would be premature and request that the Court: (1) reschedule the Case Management Conference
17 to April 11, 2014; (2) order that any fees motions be filed within 30 days after the conclusion of
18 any ADR proceedings addressing the issue of attorneys' fees; and (3) further order that, any party
19 seeking attorneys fees shall file, within 5 days of the conclusion of such ADR proceedings, a
20 Supplemental Status Report, notifying the court of the conclusion of such proceedings.

WESTON, GARROU & MOONEY

DATED: February 3, 2014        By:     */s John H. Weston*
                                       JOHN H. WESTON
                                       Attorney for Plaintiff
                                       IBiz, LLC

PRG8143.DOC                              2

STIPULATION AND ORDER TO CONTINUE CMC AND TO ESTABLISH FEES FILING DEADLINE

DATED:  February 3, 2014						MICHAEL S. LAWSON, CITY ATTORNEY


							By:  *s/ Michael G. Vigilia (as authorized on 1/31/14)*
								MICHAEL G. VIGILIA
								Assistant City Attorney, City of Hayward
								Attorney for Defendant City of Hayward


### ORDER

(1) The Case Management Conference presently set for February 7, 2014 in this case is continued to April ~~11~~, 2014 at 10:00 a.m.;

(2) Any fees motions shall be filed within 30 days following the conclusion of any ADR proceedings; and

(3) Any party seeking attorneys fees shall file, within 5 days of the conclusion of such ADR proceedings, a Supplemental Status Report, notifying the court of the conclusion of such proceedings.

DATED: February __18__, 2014

_____
UNITED STATES DISTRICT JUDGE

*Judge Samuel Conti*