1  John H. Weston (SBN: 46146)
   johnhweston@wgdlaw.com
2  G. Randall Garrou (SBN: 74442)
   randygarrou@wgdlaw.com
3  Jerome H. Mooney (SBN: 199542)
   jerrym@mooneylaw.com
4  Weston, Garrou & Mooney
   12121 Wilshire Boulevard, Suite 525
5  Los Angeles, CA 90025-1176
   Telephone: (310) 442-0072
6  Facsimile: (310) 442-0899

7  Attorneys for Plaintiff
   IBiz, LLC
8

9  MICHAEL S. LAWSON (SBN 048172)
   City Attorney
10 MICHAEL G. VIGILIA (SBN 228353)
   Assistant City Attorney
11 CITY OF HAYWARD
   777 B Street, 4th Floor
12 Hayward, CA 94541-5007
   Tel: (510) 583-4450
13 Fax: (510) 583-3660
   Michael.lawson@hayward-ca.gov
14 Michael.vigilia@hayward-ca.gov

15 Attorneys for Defendant City of Hayward

16
                   UNITED STATES DISTRICT COURT
17
                   NORTHERN DISTRICT OF CALIFORNIA
18

19 IBIZ, LLC, a California Limited Liability      Case No.  CV 13 1537 SC
   Company,
20                                                **STIPULATION AND ORDER TO
                                                  CONTINUE CMC AND TO ESTABLISH
21                 Plaintiff,                     FEES FILING DEADLINE**

22         vs.                                    **Date of CMC: Feb. 7, 2014
                                                  Time: 10:00 a.m.
23 CITY OF HAYWARD, a California                  Place: Courtroom 1**
   municipal corporation,
24
                   Defendant
25

26
          Pursuant to Local Rule 16-10(c), Plaintiff IBIZ, LLC ("Plaintiff" or "IBIZ") and
27
   Defendant the City of Hayward ("Defendant" or the "City") hereby submit this Stipulation and
28

   PRG8143.DOC                                    1

1    [Proposed] Order to continue the Case Management Conference presently set in this Court for

2    February 7, 2014 at 10 a.m. to April 11, 2014, at 10 a.m., and to establish a deadline of 30 days

3    following the conclusion of any ADR proceeding(s) in this case for the filing of any attorneys

4    fees motions.

5            As set forth in paragraph 16 of the Joint Case Management Statement (Doc. 55) filed on

6    January 31, 2014, "Whether an attorneys fees motion need be filed will not be determined until

7    after the conclusion of the ADR [proceedings].  Consequently, the parties propose that the filing

8    of any attorneys fees motion be scheduled to occur no later than 30 days after the conclusion of

9    any ADR [proceedings]."

10           Since the merits of this case are now moot, and since the parties are in agreement as to

11   how to proceed regarding attorneys fees, there would no longer seem to be a purpose for holding

12   the presently scheduled Case Management Conference, at least prior to the time (following any

13   ADR proceedings) that the parties conclude that it may become necessary to file attorneys fees

14   motions in order to resolve the outstanding attorneys fees issues.  For this reason, the parties

15   mutually agree that holding the currently scheduled Case Management Conference at this stage

16   would be premature and request that the Court: (1) reschedule the Case Management Conference

17   to April 11, 2014; (2) order that any fees motions be filed within 30 days after the conclusion of

18   any ADR proceedings addressing the issue of attorneys' fees; and (3) further order that, any party

19   seeking attorneys fees shall file, within 5 days of the conclusion of such ADR proceedings, a

20   Supplemental Status Report, notifying the court of the conclusion of such proceedings.

21

22                                          WESTON, GARROU & MOONEY

23

24

25   DATED:  February 3, 2014                By:_____/s John H. Weston_____
                                                          JOHN H. WESTON
26                                                        Attorney for Plaintiff
                                                          IBiz, LLC
27

28

1

2
DATED:  February 3, 2014    MICHAEL S. LAWSON, CITY ATTORNEY

3

4
           By: _s/ Michael G. Vigilia (as authorized on 1/31/14)_

5
              MICHAEL G. VIGILIA
            Assistant City Attorney, City of Hayward
            Attorney for Defendant City of Hayward

6

7
### ORDER

8

9
 (1)  The Case Management Conference presently set for February 7, 2014 in this case is

10
continued to April 11¹⁸, 2014 at 10:00 a.m.;

11
 (2)  Any fees motions shall be filed within 30 days following the conclusion of any ADR

12
proceedings; and

13
 (3)  Any party seeking attorneys fees shall file, within 5 days of the conclusion of such

14
ADR proceedings, a Supplemental Status Report, notifying the court of the conclusion of such

15
proceedings.

16

17
DATED:  February _03_, 2014

18

19
UNITED STATES DISTRICT JUDGE

20
Judge Samuel Conti

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO CONTINUE CMC AND TO ESTABLISH FEES FILING DEADLINE