1  John H. Weston (SBN: 46146)
   johnhweston@wgdlaw.com
2  G. Randall Garrou (SBN: 74442)
   randygarrou@wgdlaw.com
3  Jerome H. Mooney (SBN: 199542)
   jerrym@mooneylaw.com
4  Weston, Garrou & Mooney
   12121 Wilshire Boulevard, Suite 525
5  Los Angeles, CA 90025-1176
   Telephone: (310) 442-0072
6  Facsimile: (310) 442-0899

7  Attorneys for Plaintiff
   IBiz, LLC
8

9  MICHAEL S. LAWSON (SBN 048172)
   City Attorney
10 MICHAEL G. VIGILIA (SBN 228353)
   Assistant City Attorney
11 CITY OF HAYWARD
   777 B Street, 4th Floor
12 Hayward, CA 94541-5007
   Tel: (510) 583-4450
13 Fax: (510) 583-3660
   Michael.lawson@hayward-ca.gov
14 Michael.vigilia@hayward-ca.gov

15 Attorneys for Defendant City of Hayward

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**IT IS SO ORDERED AS MODIFIED**

| | |
|---|---|
| IBIZ, LLC, a California Limited Liability Company,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF HAYWARD, a California municipal corporation,<br><br>　　　　　　Defendant | Case No.  CV 13 1537 SC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CMC FOR SIXTY DAYS**<br><br>**Date of CMC: November 21, 2014**<br>**Time: 10:00 a.m.**<br>**Place: Courtroom 1** |

　　　Pursuant to Local Rule 16-10(c), Plaintiff IBIZ, LLC ("Plaintiff" or "IBIZ") and Defendant the City of Hayward ("Defendant" or the "City") hereby submit this Stipulation and

PRG8272.DOC                                                   1

STIPULATION AND ORDER TO CONTINUE CMC FOR SIXTY DAYS

[Proposed] Order to continue the Case Management Conference presently set in this Court for November 21, 2014 at 10 a.m. to January 20, 2014, at 10 a.m., and to establish a deadline of 30 days following the conclusion of any ADR proceeding(s) in this case for the filing of any attorneys fees motions.

As set forth in paragraph 16 of the Joint Case Management Statement (Doc. 55) filed on January 31, 2014, "Whether an attorneys fees motion need be filed will not be determined until after the conclusion of the ADR [proceedings]." Consequently, this Court previously ordered on February 18, 2014, that the filing of any attorneys fees motion be scheduled to occur no later than 30 days after the conclusion of any ADR proceedings.

The current status of the ADR proceedings is that the matter is presently set for a settlement conference before magistrate Laurel Beeler in Department C of this court at 10:30 a.m. on December 17, 2014.

Since the merits of this case are now moot, and since the parties are in agreement as to how to proceed regarding attorneys fees, there would no longer seem to be a purpose for holding the presently scheduled Case Management Conference, at least prior to the time (following the ADR proceedings) that the parties conclude it may become necessary to file attorneys fees motions in order to resolve the outstanding attorneys fees issues. Since this court issued its Order of September 15, 2014 (establishing the Current Case Management Conference date), the parties have been diligently exchanging attorneys fees information and records in an attempt to arrive at a non-judicial resolution of Plaintiff's attorneys fees claim . At this time, the parties have not reached such a conclusion but believe that an additional sixty days to work out the details will likely be sufficient. For this reason, the parties mutually agree that holding the currently scheduled Case Management Conference at this stage would be premature and request that the Court reschedule the Case Management Conference to January 20, 2015 with the Case Management Statement due no later than January 13, 2015.

WESTON, GARROU & MOONEY

DATED: November 13, 2014          By:        /s John H. Weston
                                           JOHN H. WESTON
                                           Attorney for Plaintiff
                                           IBiz, LLC


DATED: November 13, 2014          MICHAEL S. LAWSON, CITY ATTORNEY


                                  By:   s/ Michael G. Vigilia (as authorized on 1/31/14)
                                           MICHAEL G. VIGILIA
                                           Assistant City Attorney, City of Hayward
                                           Attorney for Defendant City of Hayward


**ORDER**

(1) The Case Management Conference presently set for November 21, 2014 in this case is continued to January ~~20,~~ 16 2015 at 10:00 a.m.

(2) Per this Court's order of February 18, 2014 (Doc. 57), any fees motions shall be filed within 30 days following the conclusion of any ADR proceedings; and

(3) Per this Court's order of February 18, 2014 (Doc. 57), any party seeking attorneys fees shall file, within 5 days of the conclusion of such ADR proceedings, a Supplemental Status Report, notifying the court of the conclusion of such proceedings.

DATED: November 14, 2014

_____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED AS MODIFIED*
Judge Samuel Conti

PRG8272.DOC                           3
STIPULATION AND ORDER TO CONTINUE CMC FOR SIXTY DAYS