John H. Weston (SBN: 46146)
johnhweston@wgdlaw.com
G. Randall Garrou (SBN: 74442)
randygarrou@wgdlaw.com
Jerome H. Mooney (SBN: 199542)
jerrym@mooneylaw.com
Weston, Garrou & Mooney
12121 Wilshire Boulevard, Suite 525
Los Angeles, CA 90025-1176
Telephone: (310) 442-0072
Facsimile: (310) 442-0899

Attorneys for Plaintiff
IBiz, LLC


MICHAEL S. LAWSON (SBN 048172)
City Attorney
MICHAEL G. VIGILIA (SBN 228353)
Assistant City Attorney
CITY OF HAYWARD
777 B Street, 4th Floor
Hayward, CA 94541-5007
Tel: (510) 583-4450
Fax: (510) 583-3660
Michael.lawson@hayward-ca.gov
Michael.vigilia@hayward-ca.gov

Attorneys for Defendant City of Hayward

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBIZ, LLC, a California Limited Liability Company,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF HAYWARD, a California municipal corporation,<br><br>　　　　　　Defendant | Case No.  CV 13 1537 SC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC AND TO ESTABLISH FEES FILING DEADLINE**<br><br>**Date of CMC: January 16, 2014**<br>**Time: 10:00 a.m.**<br>**Place: Courtroom 1** |

　　　　Pursuant to Local Rule 16-10(c), Plaintiff IBIZ, LLC ("Plaintiff" or "IBIZ") and Defendant the City of Hayward ("Defendant" or the "City") hereby submit this Stipulation and

1  [Proposed] Order to continue the Case Management Conference presently set in this Court for January 16, 2015 at 10 a.m. to March 6, 2015, at 10 a.m., and to establish a deadline of 30 days following the conclusion of the Settlement Conference proceeding(s) in this case for the filing of any attorneys fees motions.

As set forth in paragraph 16 of the Joint Case Management Statement (Doc. 55) filed on January 31, 2014, "Whether an attorneys fees motion need be filed will not be determined until after the conclusion of the ADR [proceedings]. Consequently, the parties propose that the filing of any attorneys fees motion be scheduled to occur no later than 30 days after the conclusion of any ADR [proceedings]."

The Parties have engaged in substantive discussions regarding settlement of the attorney fee issue in this matter. Counsel for both parties have agreed upon a settlement figure that must be approved by the Hayward City Council in order to be finalized. The matter will be presented to the City Council in closed session during a regularly scheduled meeting in January. In the event that the settlement is not approved by the City Council, the Parties are still scheduled to participate in a Settlement Conference with Magistrate Judge Beeler on February 24, 2015.

Based on the current status of the case, the parties mutually agree that holding the currently scheduled Case Management Conference at this stage would be premature and request that the Court: (1) reschedule the Case Management Conference to March 6, 2015; (2) order that any fees motions be filed within 30 days after the conclusion of any ADR or Settlement Conference proceedings addressing the issue of attorneys' fees; and (3) further order that, any party seeking attorneys fees shall file, within 5 days of the conclusion of such ADR or Settlement Conference proceedings, a Supplemental Status Report, notifying the court of the conclusion of such proceedings.

|   |   |   |
|---|---|---|
| 1 |  | WESTON, GARROU & MOONEY |

DATED:  January 6, 2015          By:  */s John H. Weston (as authorized on 1/5/ 2015)*
                                       JOHN H. WESTON
                                       Attorney for Plaintiff
                                       IBiz, LLC


DATED:  January 6, 2015          MICHAEL S. LAWSON, CITY ATTORNEY


                                 By:  *s/ Michael G. Vigilia*
                                       MICHAEL G. VIGILIA
                                       Assistant City Attorney, City of Hayward
                                       Attorney for Defendant City of Hayward

STIPULATION AND PROPOSED ORDER TO CONTINUE CMC AND TO ESTABLISH FEES FILING DEADLINE

1  **[PROPOSED] ORDER**

(1) The Case Management Conference presently set for January 16, 2015 in this case is continued to March 6, 2015 at 10:00 a.m.;

(2) Any fees motions shall be filed within 30 days following the conclusion of any ADR or Settlement Conference proceedings; and

(3) Any party seeking attorneys fees shall file, within 5 days of the conclusion of such ADR or Settlement Conference proceedings, a Supplemental Status Report, notifying the court of the conclusion of such proceedings.

DATED: January __06__, 2015



4

STIPULATION AND PROPOSED ORDER TO CONTINUE CMC AND TO ESTABLISH FEES FILING DEADLINE