1  John H. Weston (SBN: 46146)
   johnhweston@wgdlaw.com
2  G. Randall Garrou (SBN: 74442)
   randygarrou@wgdlaw.com
3  Jerome H. Mooney (SBN: 199542)
   jerrym@mooneylaw.com
4  Weston, Garrou & Mooney
   12121 Wilshire Boulevard, Suite 525
5  Los Angeles, CA 90025-1176
   Telephone: (310) 442-0072
6  Facsimile: (310) 442-0899

7  Attorneys for Plaintiff
   IBiz, LLC
8

9  MICHAEL S. LAWSON (SBN 048172)
   City Attorney
10 MICHAEL G. VIGILIA (SBN 228353)
   Assistant City Attorney
11 CITY OF HAYWARD
   777 B Street, 4th Floor
12 Hayward, CA 94541-5007
   Tel: (510) 583-4450
13 Fax: (510) 583-3660
   Michael.lawson@hayward-ca.gov
14 Michael.vigilia@hayward-ca.gov

15 Attorneys for Defendant City of Hayward

16
                        UNITED STATES DISTRICT COURT
17
                       NORTHERN DISTRICT OF CALIFORNIA
18

19 | IBIZ, LLC, a California Limited Liability | Case No. CV 13 1537 SC
20 | Company,                                  | **STIPULATION AND [~~PROPOSED~~]**
                                                 **ORDER TO CONTINUE CASE**
21 |           Plaintiff,                       | **MANAGEMENT CONFERENCE UNTIL**
                                                 **MAY ~~26~~, 2015**
22 |     vs.                                    |            29
                                                 **Date of CMC: March 6, 2015**
23 | CITY OF HAYWARD, a California              | **Time: 10:00 a.m.**
    | municipal corporation,                    | **Place: Courtroom 1**
24 |
    |           Defendant
25

26
        Plaintiff IBIZ, LLC and ("Plaintiff" or "IBIZ") and Defendant the City of Hayward
27
   ("Defendant" or the "City") hereby submit this Stipulation and [Proposed] Order to continue the
28

PRG8318.doc                                    1

1  Case Management Conference presently set in this Court for March 6, 2015 at 10:00 a.m. to May
2  26, 2015, at 10 a.m..
3      The reason for this request is that the parties have now agreed on settlement terms and a
4  dismissal will be filed once all final settlement documents have been signed and all settlement
5  conditions have been executed.
6      For the reasons above, the parties mutually agree that holding the currently scheduled
7  Case Management Conference would be pointless and request that the Court reschedule it to May
8  26, 2015 with the Case Management Conference Statements being due by May 19, 2015.  The
9  parties are confident a stipulated dismissal notice will be filed before that date.

WESTON, GARROU & MOONEY

DATED:  February 24, 2015          By:          */s John H. Weston*
                                                          JOHN H. WESTON
                                                           Attorney for Plaintiff
                                                               IBiz, LLC

DATED:  February 24, 2015          MICHAEL S. LAWSON, CITY ATTORNEY


                                        By:   *s/ Michael G. Vigilia (as authorized on 2/24/15)*
                                                   MICHAEL G. VIGILIA
                                       Assistant City Attorney, City of Hayward
                                       Attorney for Defendant City of Hayward

**ORDER**

The Case Management Conference presently set for March 6, 2015 in this case is continued to May ~~26~~ 29, 2015 at 10:00 a.m.

DATED: February 24, 2015



STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE